PROB 12C
(6/16)

Report Date: September 30, 2025

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Oct 02, 2025**

Eastern District of Washington

SEAN F. McAVOY, CLERK
ECF No. 52

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacob Royce Conduff    Case Number: 0980 1:17CR02044-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2018

| | | |
|---|---|---|
| Original Offense: | Felon Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Bree R Black Horse | Date Supervision Commenced: June 23, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 23, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 28, 2023.

On June 23, 2023, Mr. Conduff was released from Bureau of Prisons (BOP) in Florida. Mr. Conduff failed to report to a U.S. Probation office upon release and was arrested 2 days after release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Conduff is alleged to have violated his conditions of supervised release by being arrested and charged with Robbery in Marion County, Florida, on June 24, 2023.<br><br>According to the Marion County Sheriff's Office (MCSO) narrative report #MCSO23OFF013387, on June 24, 2023, the victim contacted MCSO and reported that the suspect, later identified as Mr. Conduff, approached her from behind and cut her on the back with a handheld weapon. The victim screamed and dropped her belongings during the encounter, at which point Mr. Conduff took her vehicle keys and drove away in her vehicle. The victim described the weapon as resembling a metal tube or tire iron, but noted that it was sharp. |

Prob12C
**Re: Conduff, Jacob Royce**
**September 30, 2025**
**Page 2**

    MCSO also reached out to the Family Dollar manager, who provided store footage of Mr. Conduff, which was submitted as evidence.

    On June 25, 2023, Mr. Conduff was arrested while driving the stolen white Dodge Ram pickup truck, as confirmed in the supporting evidence narrative for violation #1.

    On February 27, 2025, Mr. Conduff pleaded guilty to the following charges: Count 1 - Robbery, which carries a minimum mandatory sentence of 15 years; Count 2 - Aggravated Battery with a Deadly Weapon, also with a 15-year sentence and a $10,000 fine; and Count 3 - Theft of a Motor Vehicle, which carries a 5-year sentence and a $5,000 fine. He was sentenced to 20 years in custody and received 611 days of credit for time served.

5    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Conduff is alleged to have violated his conditions of supervised release by being arrested and charged with Aggravated Battery with a Deadly Weapon in Marion County, Florida, on June 24, 2023.

    Please refer to the supporting evidence narrative found in Violation #4.

6    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Conduff is alleged to have violated his conditions of supervised release by being arrested and charged with Theft of Statutory Property in Marion County, Florida, on June 24, 2023.

    Please refer to the supporting evidence narrative found in Violation #4.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C

**Re: Conduff, Jacob Royce**
**September 30, 2025**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stan Bastian*
Signature of Judicial Officer

10/2/2025
Date